PROB 12B
(7/93)

Report Date: March 13, 2006

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 21 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: John Allen Parks                Case Number: 2:03CR00026-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 01/12/2004             Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924

Date Supervision Commenced: 04/19/2006

Original Sentence: Prison - 33 months;            Date Supervision Expires: 04/18/2009
                   TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall reside in a community corrections center for a period up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On March 10, 2006, the undersigned officer met with John Parks who was housed at the Spokane County Jail after being sent to custody after being released to a community corrections center, as part of his Bureau of Prison term. Mr. Parks is due to be released from custody on April 19, 2006. Mr. Parks indicated he does not have a release address or plan and has agreed to be placed at a community corrections center for up to 180 days to allow for employment and housing preparation.

Respectfully submitted,

by _____

Missy K. Kolbe
U.S. Probation Officer
Date: March 13, 2006

Prob 12B
**Re: Parks, John Allen
March 13, 2006
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

3/21/06
Date