PROB 12B
(7/93)

Report Date: December 20, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 21 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Allen Parks                Case Number: 2:03CR00026-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Court Judge

Date of Original Sentence: 01/12/2004             Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924                Date Supervision Commenced: 08/27/2007

Original Sentence: Prison - 33 months; TSR - 36 months                Date Supervision Expires: 08/26/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center for a period of up to 120 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On December 8, 2007, Mr. Parks failed to report for drug testing as directed. On December 10, 2007, Mr. Parks reported to his Department of Corrections (DOC) probation officer and submitted a drug test which was presumptively positive for methamphetamine. As a result, Mr. Parks was taken into custody and is currently awaiting a DOC administrative hearing.

In collaboration with Mr. Parks' DOC probation officer regarding the alleged violations, the undersigned officer suggested that the offender be offered the opportunity to remain in the community under a more structured environment. On December 18, 2007, USPO Curt Hare met with Mr. Parks at the Benton County Jail and presented the attached waiver to modify conditions of supervised release. Mr. Parks agreed with the modification and signed the document after having been explained his rights to a hearing and to have assistance of counsel.

It is hoped the above modification meets the expectations of the Court in addressing the violations. However, please advise the undersigned if Your Honor requires a different course of action or an appearance by Mr. Parks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/07

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/21/07

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center for a period of up to 120 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____
U.S. Probation Officer

Signed: _____
John Allen Parks
Probationer or Supervised Releasee

Dec 18, 2007
Date